IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERESA SMOOT TURNER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  Civil Action 07-00194-CB-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 30, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 27th day of February, 2009.

*s/Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**